**Fill in this information to identify the case:**

Debtor: **On Que Food Service Group LLC d/b/a Jakes Wayback Bu**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): **1-16-41930-nhl**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1** Priority creditor's name and mailing address
**NYC Fire Department**
**1155 Washington Ave**

**Bronx             NY      10456**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Arrearage**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$8,879.00**       Priority amount: **$0.00**

---

**2.2** Priority creditor's name and mailing address
**NYS Department of Taxation and Finance**
**Building 9**
**W A Harriman Campus # 100**

**Albany            NY      12227**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$32,987.00**       Priority amount: **$0.00**

Debtor   **On Que Food Service Group LLC d/b/a Jakes Wayback Burg**   Case number (if known)  **1-16-41930-nhl**

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1  Nonpriority creditor's name and mailing address**

**Cole Real Estate Investments**
**2325 E Camelback Rd #1100,**

**Phoenix     AZ     85016**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$60,000.00**

---

**3.2  Nonpriority creditor's name and mailing address**

**Con Edison**
**Cooper Station P.O. Box 138**

**New York     NY     10276-0138**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Arrearage**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,897.60**

---

**3.3  Nonpriority creditor's name and mailing address**

**Jakes Franchising, LLC**
**716 S Main St. Cheshire**

**           CT     06410**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Arrearage**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$35,678.00**

---

**3.4  Nonpriority creditor's name and mailing address**

**National Grid**
**1 MetroTech Center**

**Brooklyn     NY     11201**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Arrearage**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,500.00**

---

Debtor **On Que Food Service Group LLC d/b/a Jakes Wayback Burg**    Case number (if known) **1-16-41930-nhl**

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.5** Nonpriority creditor's name and mailing address | **$36,000.00** |

**Rapid Capital Funding**
**11900 Biscayne Blvd #201**
**Miami FL, 33181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Arrearage**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address    **$45,000.00**

**Swift Capital**
**501 Carr Road, Suite 301**

**Wilmington              DE     19809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Account**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address    **$92,000.00**

**Unchenstar Inc.**
**244-19 136th Avenue**

**Rosedale                NY     11422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase Money**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address    **$2,000.00**

**Verizon**
**1095 Avenue of the Americas**

**New York                NY     10036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collecting for -Telephone Bill**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     **On Que Food Service Group LLC d/b/a Jakes Wayback Burg**     Case number (if known)   **1-16-41930-nhl**

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|     |     | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | **$41,866.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$288,075.60** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$329,941.60** |