| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **On Que Food Service Group LLC d/b/a Jakes Wayback Bu** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known) | **1-16-41930-nhl** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A*
   **Amount of claim**
   Do not deduct the value of collateral.

   *Column B*
   **Value of collateral that supports this claim**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                                                    $0.00