| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **On Que Food Service Group LLC d/b/a Jakes Wayback Bu** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known) | **1-16-41930-nhl**    Chapter **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement**<br>**Contract to be ASSUMED** | **Cole Real Estate Investments**<br>**2325 E Camelback Rd #1100,** |
|---|---|---|---|
| | State the term remaining | **15 years** | **Phoenix         AZ     85016** |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Loan**<br>**Contract to be REJECTED** | **Swift Capital**<br>**501 Carr Road, Suite 301** |
| | State the term remaining | **17mths** | **Wilmington         DE     19809** |
| | List the contract number of any government contract | | |