**Fill in this information to identify the case:**

Debtor Name  **On Que Food Service Group LLC d/b/a Jakes Wayback Burgers**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF NEW YORK**

Case number (if known):  **1-16-41930-nhl**

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................................................................ **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B......................................................................................................... **$60,600.00**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B............................................................................................................ **$60,600.00**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................... **$41,866.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... **+ $288,075.60**

4. **Total liabilities**
Lines 2 + 3a + 3b..................................................................................................................................... **$329,941.60**