# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

In Re On Que Food Service Group, LL.C d/b/a Jakes Way Back Burger

                                                    Case No. 16-41930
                                                    Chapter 11

_____/ Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned is of <u>President</u>, of <u>On Que Food Service Group</u> a corporation. On <u>April 24th 2016</u> the following resolution was duly adopted by the <u>President</u> of this Corporation

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that <u>President</u>, of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that <u>President</u>, of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with Said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that <u>QUILLENS STEVE</u>, of this corporation, be and hereby is, authorized and directed to employ <u>Nigel E. Blackman</u>, Attorney and the law firm of <u>Blackman & Melville, P.C</u>. , to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, <u>QUILLEN STEVEN</u> , of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date:      <u>5/12/2016</u>                        Signature  /s/ QuillenStevens_
                                                                  On Que Food Service Group d/b/a Jakes Wayback Burgers