# Exhibit B

**758807**     **2016 May 17 PM01:53**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CSC 800-858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CSC
801 Adlai Stevenson Dr
Springfield, IL 62703, USA
NYfilings@cscinfo.com
(Fax)800-345-6059

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 1a. ORGANIZATION'S NAME | ON QUE FOOD SERVICE GROUP, LLC |
| 1c. MAILING ADDRESS | 870 REMSEN AVE |
| CITY | BROOKLYN |
| STATE | NY |
| POSTAL CODE | 11236 |
| COUNTRY | USA |
| 1e. TYPE OF ORGANIZATION | Corporation |
| 1f. JURISDICTION OF ORGANIZATION | NY |
| 1g. ORGANIZATIONAL ID #, if any | None [X] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| Field | Value |
|---|---|
| 3a. ORGANIZATION'S NAME | Corporation Service Company, as Representative |
| 3c. MAILING ADDRESS | P.O. Box 2576 uccsprep@cscinfo.com |
| CITY | Springfield |
| STATE | IL |
| POSTAL CODE | 62708 |
| COUNTRY | USA |

4. This FINANCING STATEMENT covers the following collateral:
Certain future credit card, debit card, bank card and other charge card (credit card) receivables sold by ON QUE FOOD SERVICE GROUP, LLC as Seller, and purchased by Rapid Capital FINANCE, LLC as Buyer, pursuant to that certain merchant agreement between seller and purchaser regarding the sale of future receivables dated 04/25/2016 (The Agreement). The sale of the future receivables pursuant to the agreement is intended by the parties thereto to be an outright sale of such future receivables and not to intend to be, nor is it to be construed as a financing or an assignment for securing the obligations of the seller. In addition, the agreement prohibits seller from incurring any debt, transferring future receivables to any other person or granting any security interests in its accounts receivable or other assets until buyer has received all amounts due under the agreement. Seller grants to Buyer a continuing security interest in (i) all of Merchant's accounts, deposit accounts, chattel paper, goods, inventory, equipment, instruments, causes of action (including tort claims), investment property, documents, and general intangibles (including trademarks, service marks, trade names, patents, copyrights, licenses and franchises), as such terms are defined in the UCC, as revised and in effect, (ii) all reserves and reserve accounts maintained by Seller's credit card processor(s), (iii) all Future Receivables, as herein defined, (iv) all other assets and personal property of the Seller, and (v) all products and proceeds thereof, including but not limited to insurance proceeds. Buyer shall have all rights and be entitled to all benefits afforded to a secured creditor under the Uniform Commercial Code (UCC) or otherwise at law.

5. ALTERNATIVE DESIGNATION [if applicable]: [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] SELLER/BUYER  [ ] AG. LIEN  [ ] NON-UCC FILING

6. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional]   [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA  **115826478**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-201605175586536**